**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Texas
(State)

Case number (*If known*): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☒ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

GCPS Holdings, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

Global Composite Piping Solution, LLC

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

8 3 – 1 1 1 9 9 4 9
EIN

**5. Debtor's address**

**Principal place of business**

142 Wind Ridge Circle
Number   Street

_____

The Woodlands          TX       77381
City                   State    ZIP Code

Montgomery
County

**Mailing address, if different**

_____
Number   Street

_____
P.O. Box

_____
City          State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number   Street

_____

_____
City          State    ZIP Code

Debtor    GCPS Holdings, LLC
          _____           Case number (*if known*)_____
          Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | www. gcps.com |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____    Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                               MM / DD / YYYY |
| | | Debtor _____    Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                               MM / DD / YYYY |

| **Part 3:** | **Report About the Case** |
|---|---|

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor __GCPS Holdings, LLC_____     Case number (if known)_____
       Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Derrick Jones | Secured Promissory Note(s) | $ 25,000.00 |
| | Mark R. Tawney | Secured Promissory Note(s) | $ 25,000.00 |
| | William A. Kutsche | Secured Promissory Note(s) | $ 25,000.00 |
| | | Total of petitioners' claims | $ 75,000.00* |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

\* Amount of unsecured deficiency claim is at least $75,000.00

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

**Name and mailing address of petitioner**

Derrick Jones
Name

1717 Joyner Lane
Number  Street

Keller                          TX        76248
City                           State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number  Street

City       State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/04/2024
            MM / DD / YYYY

X /s/ Derrick Jones
Signature of petitioner or representative, including representative's title

John E. Mitchell
Printed name

Katten Muchin Rosenman LLP
Firm name, if any

2121 North Pearl Street, Suite 1100
Number  Street

Dallas                         TX        75201-2591
City                          State      ZIP Code

Contact phone (469) 627-7017   Email john.mitchell@katten.com

Bar number  00797095

State       Texas

X /s/ John E. Mitchell
Signature of attorney

Date signed  06/04/2024
             MM / DD / YYYY

Debtor  GCPS Holdings, LLC
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Name: Mark R. Tawney

Number Street: 533 West Bell Street

City: Houston   State: TX   ZIP Code: 77019

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City: ___   State: ___   ZIP Code: ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/30/2024

✗ /s/ Mark R. Tawney

Signature of petitioner or representative, including representative's title

Printed name: John E. Mitchell

Firm name, if any: Katten Muchin Rosenman LLP

Number Street: 2121 North Pearl Street, Suite 1100

City: Dallas   State: TX   ZIP Code: 75201-2591

Contact phone: (469) 627-7017   Email: john.mitchell@katten.com

Bar number: 00797095

State: Texas

✗ /s/ John E. Mitchell

Signature of attorney

Date signed: 06/04/2024

---

**Name and mailing address of petitioner**

Name: William A. Kutsche

Number Street: 1608 Sandpiper Drive

City: Edmond   State: OK   ZIP Code: 73034

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City: ___   State: ___   ZIP Code: ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

✗ /s/William A. Kutsche

Signature of petitioner or representative, including representative's title

Printed name: John E. Mitchell

Firm name, if any: Katten Muchin Rosenman LLP

Number Street: 2121 North Pearl Street, Suite 1100

City: Dallas   State: TX   ZIP Code: 75201-2591

Contact phone: (469) 627-7017   Email: john.mitchell@katten.com

Bar number: 00797095

State: Texas

✗ /s/ John E. Mitchell

Signature of attorney

Date signed: 06/04/2024

| Debtor | GCPS Holdings, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Name and mailing address of petitioner**

Mark R. Tawney
Name

533 West Bell Street
Number   Street

Houston    TX    77019
City       State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City       State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

✗ /s/ Mark R. Tawney
Signature of petitioner or representative, including representative's title

John E. Mitchell
Printed name

Katten Muchin Rosenman LLP
Firm name, if any

2121 North Pearl Street, Suite 1100
Number   Street

Dallas    TX    75201-2591
City      State  ZIP Code

Contact phone (469) 627-7017   Email john.mitchell@katten.com

Bar number 00797095

State Texas

✗ /s/ John E. Mitchell
Signature of attorney

Date signed 06/04/2024
           MM / DD / YYYY

---

**Name and mailing address of petitioner**

William A. Kutsche
Name

1608 Sandpiper Drive
Number   Street

Edmond    OK    73034
City      State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City       State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/30/2024
           MM / DD / YYYY

✗ /s/William A. Kutsche
Signature of petitioner or representative, including representative's title

John E. Mitchell
Printed name

Katten Muchin Rosenman LLP
Firm name, if any

2121 North Pearl Street, Suite 1100
Number   Street

Dallas    TX    75201-2591
City      State  ZIP Code

Contact phone (469) 627-7017   Email john.mitchell@katten.com

Bar number 00797095

State Texas

✗ /s/ John E. Mitchell
Signature of attorney

Date signed 06/04/2024
           MM / DD / YYYY